**Theodore V. HOLTUN, Minority and Preferred Stockholder, Claimant, Appellant, v. Henry M. KALSCHEUER, Trustee of The Emporium of St. Paul, Inc., Debtor, et al.**

No. 13044.

Circuit Court of Appeals, Eighth Circuit.

March 12, 1945.

Otis H. Godrey, of St. Paul, Minn., for appellant.

Joseph W. Finley and Matthew J. Finley, both of St. Paul, Minn., for appellee The Emporium of St. Paul, Inc., debtor.

C. Paul Smith, of St. Paul, Minn., for appellee United Properties Incorporated.

Lewis L. Anderson, of St. Paul, Minn., for appelleee Henry M. Kalscheuer, Trustee of The Emporium of St. Paul, Inc., debtor.

T. B. Hart and G. G. Roberson, Attys., Securities and Exchange Commission, both of Chicago, Ill., for appellee Securities and Exchange Commission.

John A. Burns and W. T. Goddard, both of St. Paul, Minn., for appellees Fred J. Metzger, Clarence C. Newquist, and James J. Walsh, Stockholders' Committee.

PER CURIAM.

Petition of appellant for extension of time for preparation of record on appeal and transmission to this Court denied; mo-

342

tions of appellees, The Emporium of St. Paul, Inc., Debtor, United Properties Incorporated, and Henry M. Kalscheuer, Trustee of The Emporium of St. Paul, Inc., debtor, to dismiss appeal granted and appeal from order of District Court entered in the Matter of The Emporium of St. Paul, Inc., Debtor, under date of October 16, 1944, confirming plan of reorganization and directing consummation thereof dismissed at costs of appellant.